KENDALL BRILL & KLIEGER LLP
Bert H. Deixler (70614)
  *bdeixler@kbkfirm.com*
Robert N. Klieger (192962)
  *rklieger@kbkfirm.com*
Joshua W. Sussman (294695)
  *jsussman@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendant Hans Zimmer, individually, and doing business as Remote Control Songs, and Remote Control Productions, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD FRIEDMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HANS ZIMMER, individually, and doing business as REMOTE CONTROL SONGS; TWENTIETH CENTURY FOX FILM CORPORATION; FOX SEARCHLIGHT PICTURES, INC.; FOX ENTERTAINMENT GROUP, INC.; NEW REGENCY PRODUCTIONS, INC.; MONARCHY ENTERPRISES, S.A.R.L., individually, and doing business as REGENCY ENTERPRISES; RIVER ROAD ENTERTAINMENT, LLC; PLAN B ENTERTAINMENT, INC.; REMOTE CONTROL PRODUCTIONS, INC.; SONY MUSIC ENTERTAINMENT; DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00502 GHK (Ex)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:       01/30/15<br>Current response date:  02/20/15<br>New response date:      03/23/15 |

231495.1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

1  WHEREAS, plaintiff Richard Friedman ("Plaintiff") filed his complaint in the above-captioned action on January 22, 2015;

WHEREAS, Plaintiff has indicated that the defendants Twentieth Century Fox Film Corporation, Fox Searchlight Pictures, Inc., Fox Entertainment Group, Inc., New Regency Productions, Inc., River Road Entertainment, LLC, and Sony Music Entertainment were served on January 30, 2015, that defendant Plan B Entertainment, Inc. was served on February 6, 2015, and defendant Monarchy Enterprises, S.A.R.L. was served on February 19, 2015;

WHEREAS, defendants Hans Zimmer, individually, and doing business as Remote Control Songs, and Remote Control Productions, Inc., have retained the undersigned counsel to represent them in this action;

WHEREAS, the other defendants are in the process of engaging counsel to represent them in this matter; and

WHEREAS, pursuant to Local Rule 8-3, Plaintiff has agreed to extend the deadline for all defendants to answer or otherwise respond to the complaint by up to thirty days;

NOW THEREFORE, the parties stipulate and agree that the deadline for all defendants to answer or otherwise respond to the complaint shall be extended to March 23, 2015.

Dated:  February 20, 2015       BLECHER COLLINS PEPPERMAN & JOYE, P.C.
                                Maxwell M. Blecher
                                Donald R. Pepperman
                                John E. Andrews

                                LAW OFFICES OF JEFFREY L. GRAUBART, P.C.
                                Jeffrey L. Graubart


                                By:   /s/ Jeffrey L. Graubart
                                      Jeffrey L. Graubart
                                      Attorney for Plaintiff Richard Friedman

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

231495.1

1

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

| | | |
|---|---|---|
| Dated:  February 20, 2015 | | KENDALL BRILL & KLIEGER LLP<br>    Bert H. Deixler<br>    Robert N. Klieger<br>    Joshua W. Sussman |
| | By: | /s/ Robert N. Klieger<br>Robert N. Klieger<br>Attorneys for Defendants Han Zimmer, individually, and doing business as Remote Control Songs, and Remote Control Productions, Inc. |

231495.1

2

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067