KENDALL BRILL & KLIEGER LLP
Bert H. Deixler (70614)
  *bdeixler@kbkfirm.com*
Robert N. Klieger (192962)
  *rklieger@kbkfirm.com*
Joshua W. Sussman (294695)
  *jsussman@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile:  310.556.2705

Attorneys for Defendants Hans Zimmer, individually and doing business as Remote Control Songs, Twentieth Century Fox Film Corporation, Fox Searchlight Pictures, Inc., Fox Entertainment Group, Inc., New Regency Productions, Inc., River Road Entertainment, LLC, Plan B Entertainment,, Inc., Remote Control Productions, Inc., and Sony Music Entertainment

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD FRIEDMAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HANS ZIMMER, individually, and doing business as Remote Control Songs; TWENTIETH CENTURY FOX FILM CORPORATION; FOX SEARCHLIGHT PICTURES, INC.; FOX ENTERTAINMENT GROUP, INC.; NEW REGENCY PRODUCTIONS, INC.; MONARCHY ENTERPRISES, S.A.R.L., individually, and doing business as REGENCY ENTERPRISES; RIVER ROAD ENTERTAINMENT, LLC; PLAN B ENTERTAINMENT, INC.; REMOTE CONTROL PRODUCTIONS, INC; SONY MUSIC ENTERTAINMENT; DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00502 GHK (Ex)<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FIRST, THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF IN FIRST AMENDED COMPLAINT**<br><br>Judge:   Hon. George H. King<br>Date:    May 18, 2015<br>Time:    9:30 a.m.<br>Crtrm.:   650<br><br>*Memorandum of Points and Authorities and Declaration of Robert N. Klieger filed as Dkt. No. 19* |

238184.1

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on May 18, 2015, at 9:30 a.m., or as soon thereafter as counsel may be heard, in the courtroom of the Honorable George H. King, located in the United States Courthouse, 255 East Temple Street, Los Angeles, CA 90012, Defendants Hans Zimmer, individually and doing business as Remote Control Songs, Twentieth Century Fox Film Corporation, Fox Searchlight Pictures, Inc., Fox Entertainment Group, Inc., New Regency Productions, Inc., River Road Entertainment, LLC, Plan B Entertainment, Inc., Remote Control Productions, Inc., and Sony Music Entertainment ("Defendants") will and hereby do move this Court to dismiss the first, third, fourth, and fifth claims for relief in the First Amended Complaint of Plaintiff Richard Friedman ("Plaintiff").

This motion is made upon the following grounds:

1. Plaintiff's first claim for relief, for alleged copyright infringement, fails to satisfy Rule 8 of Federal Rules of Civil Procedure because it improperly lumps together all Defendants without alleging specific infringing activity by each of them.

2. Plaintiff's third claim for relief, for alleged violation of section 43(a) of the Lanham Act, is foreclosed by the Supreme Court's holding in *Dastar Corp. v. Twentieth Century Fox Film Corp.*, 539 U.S. 23 (2003).

3. Plaintiff cannot state his fourth and fifth claims for relief, for alleged violations of "moral rights" under the German and French copyright statutes, because the nature and scope of his copyright interest is governed by the U.S. Copyright Act, which does not recognize moral rights in musical compositions, and those claims would not properly be litigated in this Court in any event.

This motion is based on this Notice of Motion, the Memorandum of Points and Authorities and Declaration of Robert N. Klieger filed on April 9, 2015 (Dkt. No. 19), all of the pleadings, files, and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

238184.1

AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 6, 2015.[1]

DATED: April 10, 2015                KENDALL BRILL & KLIEGER LLP

By: /s/ Robert N. Klieger
Robert N. Klieger
Attorneys for Defendants Hans Zimmer, individually and doing business as Remote Control Songs, Twentieth Century Fox Film Corporation, Fox Searchlight Pictures, Inc., Fox Entertainment Group, Inc., New Regency Productions, Inc., River Road Entertainment, LLC, Plan B Entertainment, Inc., Remote Control Productions, Inc., and Sony Music Entertainment

---

[1] Despite the efforts of Defendants' counsel, the L.R. 7-3 conference was neither timely nor fulfilled the purposes of that Local Rule. Plaintiff filed his First Amended Complaint on March 23, 2015. On March 26, Defendants' counsel sent a three-page letter to Plaintiff's counsel addressing the issues raised in this Motion and requesting a conference of counsel. Declaration of Robert N. Klieger ¶ 2. Plaintiff's counsel did not make themselves available for the requested conference until April 6, and, during that conference, Plaintiff's counsel simply stated that they would be responding in writing to the March 26 letter. *Id.* ¶ 3. Plaintiff's counsel sent that written response, addressing for the first time the substance of the issues that had been raised by Defendants, shortly before 4:00 p.m. on April 8—*i.e.*, the day before the motion was due. *Id.*

238184.1

2

AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 10100 Santa Monica Blvd., Suite 1725, Los Angeles, CA 90067.

On April 10, 2015, I served the foregoing document on the interested parties in this action as follows:

Maxwell M. Blecher
Donald R. Pepperman
Jennifer S. Elkayam
BLECHER COLLINS PEPPERMAN & JOYE, P.C.
515 South Figueroa Street, Suite 1750
Los Angeles, California  90071-3334

Jeffrey L. Graubart
LAW OFFICES OF JEFFREY L. GRAUBART, P.C.
800 East Colorado Boulevard, Suite 840
Pasadena, California  91101-2173

*Counsel for Plaintiff Richard Friedman*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 10, 2015, at Los Angeles, California.

/s/ Robert N. Klieger
Robert N. Klieger

238184.1

AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT