BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (State Bar No. 26202)
  *mblecher@blechercollins.com*
Donald R. Pepperman (State Bar No. 109809)
  *dpepperman@blechercollins.com*
Jennifer S. Elkayam (State Bar No. 238619)
  *jspeno@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

LAW OFFICES OF JEFFREY L. GRAUBART, P.C.
Jeffrey L. Graubart (State Bar No. 42250)
  *info@jlgraubart.com*
800 East Colorado Boulevard, Suite 840
Pasadena, California 91101-2173
Telephone:  (626) 304-2800
Facsimile:  (626) 381-9601

Attorneys for Plaintiff RICHARD FRIEDMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD FRIEDMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HANS ZIMMER, individually, and dba REMOTE CONTROL SONGS; TWENTIETH CENTURY FOX FILM CORPORATION; FOX SEARCHLIGHT PICTURES, INC.; FOX ENTERTAINMENT GROUP, INC.; NEW REGENCY PRODUCTIONS, INC.; MONARCHY ENTERPRISES, S.A.R.L., individually, and dba REGENCY ENTERPRISES; RIVER ROAD ENTERTAINMENT, LLC; PLAN B ENTERTAINMENT, INC.; REMOTE CONTROL PRODUCTIONS, INC.;SONY MUSIC ENTERTAINMENT; IMAGEM PRODUCTION MUSIC LLC, individually, and dba 5 ALARM MUSIC and also dba CYPRESS CREEK MUSIC; DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00502 GHK (E)<br><br>**PROOF OF SERVICE OF FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR: (1) COPYRIGHT INFRINGEMENT; (2) UNFAIR COMPETITION: LANHAM ACT (15 U.S.C. §1121, 1125(a)); (3) VIOLATION OF MORAL RIGHTS; (4) BREACH OF TRUST/BREACH OF IMPLIED OBLIGATION; AND (5) BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>**[DEMAND FOR JURY TRIAL]** |

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 515 South Figueroa Street, Suite 1750, Los Angeles, CA 90071-3334.

On April 14, 2015, I served true copies of the following document(s) described as **FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** on the interested parties in this action as follows:

| | |
|---|---|
| James Rosenfeld<br>Davis Wright Tremaine LLP<br>27th Floor<br>1633 Broadway<br>New York, NY 10019-6708<br>Tel: (212) 603-6455<br>Fax: (212) 489-8340 | Attorneys for Defendant<br>Imagem Production Music LLC (dba Five Alarm Music) |
| Victoria Traube<br>229 West 28th Street,<br>11th floor<br>New York, NY 10001<br>T: (212) 699 6552<br>F: (212) 489 6637 | Courtesy Copy |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Blecher Collins Pepperman & Joye, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 14, 2015, at Los Angeles, California.

Tina Schubert