BLECHER COLLINS PEPPERMAN & JOYE, P.C.
Maxwell M. Blecher (State Bar No. 26202)
 *mblecher@blechercollins.com*
Donald R. Pepperman (State Bar No. 109809)
 *dpepperman@blechercollins.com*
Jennifer S. Elkayam (State Bar No. 238619)
 *jspeno@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 90071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

LAW OFFICES OF JEFFREY L. GRAUBART, P.C.
Jeffrey L. Graubart (State Bar No. 42250)
 *info@jlgraubart.com*
800 East Colorado Boulevard, Suite 840
Pasadena, California 91101-2173
Telephone:  (626) 304-2800
Facsimile:  (626) 381-9601

Attorneys for Plaintiff RICHARD FRIEDMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD FRIEDMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HANS ZIMMER, individually, and dba REMOTE CONTROL SONGS; TWENTIETH CENTURY FOX FILM CORPORATION; FOX SEARCHLIGHT PICTURES, INC.; FOX ENTERTAINMENT GROUP, INC.; NEW REGENCY PRODUCTIONS, INC.; MONARCHY ENTERPRISES, S.A.R.L., individually, and doing business as REGENCY ENTERPRISES; RIVER ROAD ENTERTAINMENT, LLC; PLAN B ENTERTAINMENT, INC.; REMOTE CONTROL PRODUCTIONS, INC.; SONY MUSIC ENTERTAINMENT; IMAGEM PRODUCTION MUSIC LLC, individually, and dba 5 ALARM MUSIC and also doing business as CYPRESS CREEK MUSIC; DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. 2:15-CV-00502 GHK (E)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT MONARCHY ENTERPRISES S.A.R.L. WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(i)] |

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Richard Friedman hereby voluntarily dismisses all claims against Defendant Monarchy Enterprises S.A.R.L. *dba* Regency Enterprises ("Monarchy") without prejudice.  Defendant Monarchy was served with the original Complaint, but never entered an appearance or responded.  (A copy of the proof of service was filed on March 2, 2015 (Docket # 14)).  Monarchy has not entered an appearance in this action or filed a responsive pleading.  On March 23, 2015, Plaintiff filed a First Amended Complaint, but has not yet served it on Defendant Monarchy.  Each party is to bear its own fees and costs.

Dated:  April 23, 2015

BLECHER COLLINS
PEPPERMAN & JOYE, P.C.
MAXWELL M. BLECHER
DONALD R. PEPPERMAN
JENNIFER S. SPENO

By:  /s/ Maxwell M. Blecher
     Maxwell M. Blecher
     Attorneys for Plaintiff RICHARD FRIEDMAN

74866.1

-1-
NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT MONARCHY ENTERPRISES S.A.R.L. WITHOUT PREJUDICE