DIANA PALACIOS (State Bar No. 290923)
  dianapalacios@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorney for Defendant
IMAGEM PRODUCTION MUSIC LLC
d/b/a 5 ALARM MUSIC and d/b/a
CYPRESS CREEK MUSIC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RICHARD FRIEDMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HANS ZIMMER, individually, and doing business as REMOTE CONTROL SONGS; TWENTIETH CENTURY FOX FILM CORPORATION; FOX SEARCHLIGHT PICTURES INC.; FOX ENTERTAINMENT GROUP, INC.; NEW REGENCY PRODUCTIONS, INC.; RIVER ROAD ENTERTAINMENT LLC; PLAN B ENTERTAINMENT, INC.; REMOTE CONTROL PRODUCTIONS, INC., SONY MUSIC ENTERTAINMENT; IMAGEM PRODUCTION MUSIC LLC, individually, and doing business as 5 ALARM MUSIC and also doing business as CYPRESS CREEK MUSIC; DOES ONE through TEN, inclusive,<br><br>Defendants. | Case No. **2:15-CV-00502 GHK-E**<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT IMAGEM TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>[[Proposed] Order Granting Stipulation Extending Time For Defendant Imagem To Respond To Plaintiff's First Amended Complaint Concurrently Filed]<br><br>Action Filed: January 22, 2015 |

1  This Stipulation is entered by and between Plaintiff Richard Friedman ("Plaintiff"), on the one hand, and Defendant Imagem Production Music LLC d/b/a 5 Alarm Music and d/b/a Cypress Creek Music ("Imagem"), on the other hand, with reference to the following facts:

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") on March 23, 2015, and served the FAC by mail on Imagem on April 14, 2015;

WHEREAS, pursuant to the Federal Rules of Civil Procedure, Imagem presently has until May 1, 2015, to respond to Plaintiff's FAC;

WHEREAS, Imagem has been diligently evaluating the FAC and how to respond thereto;

WHEREAS, Plaintiff has agreed to extend the deadline for Imagem to answer or otherwise respond to the FAC by thirty additional days, such that the new deadline will be June 1, 2015;

WHEREAS, no prior extensions have been requested;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the respective parties, and subject to the approval of the Court, that Imagem has until and including June 1, 2015, to answer or otherwise respond to Plaintiff's FAC.

DATED: April 30, 2015

    BLECHER COLLINS PEPPERMAN & JOYE, P.C.
       MAXWELL M. BLECHER
       DONALD R. PEPPERMAN
       JOHN E. ANDREWS

    LAW OFFICES OF JEFFREY L. GRAUBART, P.C.
       JEFFREY L. GRAUBART

    By: */s/ Jeffrey L. Graubart*
       Jeffrey L. Graubart
    Attorneys for Plaintiff Richard Friedman

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 30, 2015 | DAVIS WRIGHT TREMAINE LLP |
| 3 | | DIANA PALACIOS |
| 4 | | |
| 5 | | By: */s/ Diana Palacios* |
| 6 | | Diana Palacios |
| | | Attorney for Defendant |
| 7 | | IMAGEM PRODUCTION MUSIC LLC |

2

STIPULATION EXTENDING TIME TO RESPOND
DWT 26737533v2 0063653-000009