1  BLECHER COLLINS PEPPERMAN & JOYE, P.C.
   Maxwell M. Blecher (State Bar No. 26202)
2   *mblecher@blechercollins.com*
   Theo "John" Giovanni Arbucci (State Bar No. 249811)
3   *jarbucci@blechercollins.com*
   515 South Figueroa Street, Suite 1750
4  Los Angeles, California 90071-3334
   Telephone: (213) 622-4222
5  Facsimile: (213) 622-1656

6  LAW OFFICES OF JEFFREY L. GRAUBART, P.C.
   Jeffrey L. Graubart (State Bar No. 42250)
7   *info@jlgraubart.com*
   800 East Colorado Boulevard, Suite 840
8  Pasadena, California 91101-2173
   Telephone: (626) 304-2800
9  Facsimile: (626) 381-9601

10 Attorneys for Plaintiff RICHARD FRIEDMAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RICHARD FRIEDMAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HANS ZIMMER, individually, and dba REMOTE CONTROL SONGS; TWENTIETH CENTURY FOX FILM CORPORATION; FOX SEARCHLIGHT PICTURES, INC.; FOX ENTERTAINMENT GROUP, INC.; NEW REGENCY PRODUCTIONS, INC.; MONARCHY ENTERPRISES, S.A.R.L., individually, and doing business as REGENCY ENTERPRISES; RIVER ROAD ENTERTAINMENT, LLC; PLAN B ENTERTAINMENT, INC.; REMOTE CONTROL PRODUCTIONS, INC.; SONY MUSIC ENTERTAINMENT; IMAGEM PRODUCTION MUSIC LLC, individually, and dba 5 ALARM MUSIC and also doing business as CYPRESS CREEK MUSIC; DOES ONE through TEN, inclusive,<br><br>　　　　　Defendants. | Case No. 2:15-CV-00502 GHK (E)<br><br>**PLAINTIFF RICHARD FRIEDMAN'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**<br><br>Date: 　　January 11, 2016<br>Time: 　　9:30 a.m.<br>Courtroom: 650 |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on January 11, 2016 at 9:30 a.m., Plaintiff Richard Friedman ("Plaintiff") will and hereby does move this Court, Honorable George H. King, Courtroom 650, located at 255 East Temple Street, Los Angeles, CA 90012-3332, for an order granting Plaintiff leave to file a Second Amended Complaint ("SAC") against defendants HANS ZIMMER, et al., and DOES 1 to 10. The proposed SAC drops several parties who have been either dismissed from the case and/or entered into settlement agreements with Plaintiff, drops several claims which were dismissed by this Court in its Order on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, corrects the name of one Defendant, and changes the status of Plaintiff from beneficial owner to legal owner of the copyrighted musical composition. The proposed SAC is attached to the Declaration of Maxwell M. Blecher, filed concurrently herewith, as Exhibit 1.

This motion is brought pursuant to Federal Rule of Civil Procedure 15(a). Plaintiff makes this request so that it can clarify and streamline the claims in the operative First Amended Complaint. Good cause exists for the Court to grant leave to file an amended complaint as the SAC significantly narrows and clarifies the claims and parties in this case. Plaintiff's counsel intends to ease the burden on the Court and the parties by focusing and streamlining the claims and parties at issue.

As set forth more fully in the attached memorandum of points and authorities, and the declaration of Maxwell M. Blecher served and filed concurrently herewith, this motion is made following an e-mail exchange in which Plaintiff's counsel attached the proposed SAC asking if Defendants would stipulate to its filing. A stipulation and proposed order was attached to the same email. A true and correct copy of the email is attached to the Declaration of Maxwell M. Blecher as Exhibit 2. Defendants' counsel did not respond to Plaintiff's request to stipulate to the filing of the SAC, thereby necessitating that Plaintiff seek leave from the Court.

1  This Motion is based on the orders, pleadings, and papers already on file in
2  this action, and upon such oral or other argument and other evidence as the Court
3  may consider in the event the Court hears oral argument on this motion.

4  Dated: November 24, 2015       BLECHER COLLINS
                                  PEPPERMAN & JOYE, P.C.
5                                 MAXWELL M. BLECHER
6                                 THEO "JOHN" GIOVANNI ARBUCCI

                                  By:   /s/ Maxwell M. Blecher
9                                       Maxwell M. Blecher
10                                      Attorneys for Plaintiff RICHARD
11                                      FRIEDMAN

12  80056.1