FILED
CLERK, U.S. DISTRICT COURT
MAY 19 2016
CENTRAL DISTRICT OF CALIFORNIA
BY DG DEPUTY

UNITED STATES DISTRICT COURT

CENTEAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RICHARD FRIEDMAN, an individual, | Case No.: 2:15-cv-00502 GHK (Ex) |
| Plaintiff, | [PROPOSED] ORDER RE: STIPULATION TO CONTINUE DISCOVERY CUT OFF AND DEADLINE TO COMPLETE PRIVATE MEDIATION OR SETTLEMENT CONFERENCE |
| vs. | |
| HANS ZIMMER, individually, and doing business as REMOTE CONTROL TUNES; TWENTIETH CENTURY FOX FILM CORPORATION; FOX SEARCHLIGHT PICTURES, INC.; NEW REGENCY PRODUCTIONS, INC.; RIVER ROAD ENTERTAINMENT, LLC; PLAN B ENTERTAINMENT, INC.; REMOTE CONTROL PRODUCTIONS, INC.; SONY MUSIC ENTERTAINMENT; DOES ONE through TEN, inclusive, | |
| Defendants. | |

This Court, having considered the Stipulation to continue the discovery cut off and the deadline to complete a private mediation or settlement conference with the Magistrate Judge (the "Stipulation"), and good cause appearing therefore, the Court hereby GRANTS the Stipulation and enters the following order:

1. All discovery (fact and liability expert) to be completed by no later than July 29, 2016; and

2. The Parties shall participate in a private mediation or settlement conference before the Magistrate Judge within 14 days after the filing of Defendants' Motion for Summary Judgment. *Ruling on the S/J motion is stayed pending good faith mediation a settle't conference.*

IT IS SO ORDERED.

DATED: 5/19/16

THE HON. GEORGE H. KING
DISTRICT ~~COURT~~ JUDGE