BLECHER COLLINS & PEPPERMAN, P.C.
Maxwell M. Blecher (Bar No. 26202)
 mblecher@blechercollins.com
Donald R. Pepperman (Bar No. 109809)
 dpepperman@blechercollins.com
T. Giovanni ("John") Arbucci (Bar No. 249811)
 jarbucci@blechercollins.com
515 South Figueroa Street, Suite 1750
Los Angeles, California 9071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

ROSMAN & GERMAIN LLP
Daniel L. Germain (Bar No. 143334)
 germain@lalawyer.com
16311 Ventura Boulevard, Suite 1200
Encino, California 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

*Attorneys for Plaintiff Richard Friedman*

KENDALL BRILL & KELLY LLP
Bert H. Deixler (Bar No. 70614)
 bdeixler@kbkfirm.com
Philip M. Kelly (Bar No. 212714)
 pkelly@kbkfirm.com
Joshua W. Sussman (Bar No. 294695)
 jsussman@kbkfirm.com
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: (310) 556-2700
Facsimile: (310) 556-2705

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| RICHARD FRIEDMAN, | Case No.: 2:15-cv-00502 GHK (Ex) |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| HANS ZIMMER, et al., | |
| Defendants. | |

- 1 -

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Richard Friedman and Defendants Hans Zimmer, Twentieth Century Fox Film Corporation, Fox Searchlight Pictures, Inc., New Regency Productions, Inc., River Road Entertainment, LLC, Plan B Entertainment, Inc., Remote Control Productions, Inc., and Sony Music Entertainment hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal, with prejudice, of the above-captioned action in its entirety, and that Plaintiff takes nothing in this action.

The parties have agreed that Plaintiff, on the one hand, and Defendants, on the other, will bear their own attorneys' fees, costs, and expenses.

**IT IS SO STIPULATED.**

Dated:   August 23, 2016

ROSMAN & GERMAIN LLP

*/S/ Daniel L. Germain*
Daniel L. Germain (Bar No. 143334)
 *germain@lalawyer.com*
16311 Ventura Blvd., Suite 1200
Encino, CA  91436-2152
Telephone:  (818) 788-0877
Facsimile:  (818) 788-0885

BLECHER COLLINS & PEPPERMAN, P.C.
Maxwell M. Blecher (Bar No. 26202)
 *mblecher@blechercollins.com*
Donald R. Pepperman (Bar No. 109809)
 *dpepperman@blechercollins.com*
T. Giovanni ("John") Arbucci (Bar No. 249811)
 *jarbucci@blechercollins.com*
515 South Figueroa Street, Suite 1750
Los Angeles, California 9071-3334
Telephone: (213) 622-4222
Facsimile: (213) 622-1656

LAW OFFICES OF JEFFREY L. GRAUBART, P.C.
Jeffrey L. Graubart (Bar No. 42250)
 *info@jlgraubart.com*
800 East Colorado Boulevard, Suite 840
Pasadena, California 91101-2173
Telephone: (626) 304-2800
Facsimile: (626) 381-9601

Attorneys *for Plaintiff*

|  |  |
|---|---|
| Dated: August 23, 2016 | KENDALL BRILL & KELLY LLP<br><br>*/S/ Bert H. Deixler*<br>Bert H. Deixler (Bar No. 70614)<br>*bdeixler@kbkfirm.com*<br>Philip M. Kelly (Bar No. 212714)<br>*pkelly@kbkfirm.com*<br>Joshua W. Sussman (Bar No. 294695)<br>*jsussman@kbkfirm.com*<br>10100 Santa Monica Blvd., Suite 1725<br>Los Angeles, California 90067<br>Telephone (310) 556-2700<br>Facsimile: (310) 556-2705<br><br>Attorneys for Defendants Hans Zimmer, Twentieth Century Fox Film Corporation, Fox Searchlight Pictures, Inc., New Regency Productions, Inc., River Road Entertainment, LLC, Plan B Entertainment, Inc., Remote Control Productions, Inc., and Sony Music Entertainment |

## ATTESTATION

I, Daniel L. Germain, am the ECF User whose identification and password are being used to file the attached Stipulation. In compliance, I hereby attest that Bert H. Deixler has concurred in this filing.

DATED:  August 23, 2016            ROSMAN & GERMAIN LLP


                                    */s/ Daniel L. Germain*
                                    Daniel L. Germain

                                    Attorneys for Plaintiff Richard Friedman